UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| JULIANNE LAGERSTROM, et al., | |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| ENTERPRISE BANK & TRUST, | Case Number: 13-2531-JTM |
| Defendant. | |

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed March 18, 2014, that Enterprise's Amended Motion to Dismiss or Transfer (Dkt. 10) is granted.  Enterprise's original Motion to Dismiss or Transfer (Dkt. 6) is denied as moot.

 

TIMOTHY M. O'BRIEN, Clerk of Court

<u>March 18, 2014</u>
Date

By   <u>s/ S. Smith</u>
       Deputy Clerk